**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-2289**

―――――――――

BARBARA SPEARS,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PRO-
GRAMS, UNITED STATES DEPARTMENT OF LABOR; ARCH
OF WEST VIRGINIA, INCORPORATED,

Respondents.

―――――――――

On Petition for Review of an Order of the Benefits Review Board.
(98-845-BLA)

―――――――――

Submitted:  February 29, 2000          Decided:  June 23, 2000

―――――――――

Before WIDENER, LUTTIG, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Barbara Spears, Petitioner Pro Se.  Steven D. Breeskin, Deputy Com-
missioner, Patricia May Nece, Barry H. Joyner, UNITED STATES
DEPARTMENT OF LABOR, Washington, D.C.; Mary Rich Maloy, JACKSON &
KELLY, Charleston, West Virginia, for Respondents.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barbara Spears seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1999). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See <u>Spears v. Director, Office of Workers' Compensation Programs</u>, BRB No. 98-845-BLA (B.R.B. Sept. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>
